**Order entered November 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00884-CR

**MICHAEL SHANNON THEDFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80655-2018**

## ORDER

We **GRANT** the State's Unopposed Motion for Extension of Time to File State's Brief.

We **ORDER** the State's Brief, received by the Court on November 25, 2019, filed as of the date of this order.

/s/     BILL WHITEHILL
        PRESIDING JUSTICE